IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIFFANI JONES ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO.: 1:20-cv-000453 CKK |
| ) | |
| NVR, INC. t/a RYAN HOMES ) | |
| ) | |
| Defendant ) | |

### DEFENDANT, NVR, INC.'S MOTION IN LIMINE
### TO EXCLUDE TESTIMONY

Defendant, NVR, Inc. t/a Ryan Homes ("NVR"), by counsel, and pursuant to Fed. R. Civ. P. 26 and 37, and the Fed. R. of Evid. 702, 703, and 705, moves the Court for an Order prohibiting Plaintiff Tiffani Jones ("Plaintiff's") from offering in support of her claims (i) any expert testimony or (ii) any fact witness testimony not disclosed in her Rule 26 disclosure and discovery responses, because no witness, fact or expert, has been properly designated to testify under Fed. R. Civ. P. 26(a)(1) or 26(a)(2), and minimal discovery was produced as to any knowledge of any witness. Allowing experts or fact witnesses to testify without the requisite disclosures would violate the Federal Rules and unfairly prejudice the defendant.

For these reasons, more fully discussed in NVR's accompanying Memorandum in Support, NVR requests that the Court enter an Order granting this Motion and prohibiting plaintiff from introducing any expert testimony and any fact witness testimony not expressly set forth in her Rule 26 disclosures and discovery responses.

LOCAL RULE 7 (m) CERTIFICATION

Pursuant to LCvR 7 (m), defendant represents that consent to the relief sought herein was requested of plaintiff's counsel, but no response has been received.

Respectfully submitted,

/s/ Jeffrey M. Mervis

Jeffrey M. Mervis (DC Bar No.: 426257)
The Mervis Law Firm, LLC
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854
Tel: (301) 762-0020
Fax: (301) 762-0229
E-mail:jmervis@mervislaw.com
Attorney for Defendant, NVR, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2021, I caused a the foregoing to be filed by the Court's e-filing system, which will serve a copy to:

Pamela McLean, Esq.
McLean Legal Group
1629 K Street, N.W., Suite 300
Washington, DC 20006
contact@mcleanlegalgroup.com
Attorney for Plaintiff

/s/ Jeffrey M. Mervis

Jeffrey M. Mervis (DC Bar No.: 426257)
The Mervis Law Firm, LLC
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854
Tel: (301) 762-0020
Fax: (301) 762-0229
E-mail:jmervis@mervislaw.com
Attorney for Defendant, NVR, Inc.