IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| TIFFANI JONES )<br>  )<br>            Plaintiff )<br>  )<br>v.         ) CASE NO..: 1:20-cv-000453 CKK<br>  )<br>NVR, INC. t/a RYAN HOMES )<br>  )<br>            Defendant ) | |

## ORDER

UPON CONSIDERATION of defendant, NVR, Inc. t/a Ryan Homes Motion in Limine to Exclude Testimony, the opposition thereto, any oral argument of counsel, and the record herein, it is, for good cause this _____ day of _____, 2021,

ORDERED, that Motion in Limine be and hereby is granted, and it is further

ORDERED, that plaintiff is prohibited from offering or introducing, in support of or in response to any dispositive motion or at trial, any expert testimony, and it is further

ORDERED, that plaintiff is prohibited from offering or introducing, in support of or in response to any dispositive motion or at trial, any fact witness testimony not expressly set forth in her Rule 26 disclosures and in her discovery responses to defendant's interrogatories.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge