UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

TIFFANI JONES,

*Plaintiff,*                                       *

                                                                                 * Civil Case No. 1:20-cv-00453 (CKK)

v.                                                      * Next Event: Scheduling Conference

                                                                                 * August 3, 2020 at 10:00 a.m.

NVR, INC.                                        * Courtroom 28A

*Defendant*

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) Plaintiff Tiffani Jones, by and through undersigned counsel, makes the following initial disclosures to Defendant in the above-referenced case. These disclosures are based on information presently known and reasonably available to Jones and which Jones reasonably believes she may use in support of her claims and defenses. Continuing investigation and discovery may cause Jones to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. Plaintiff therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, Plaintiff does not represent that she is identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Plaintiff in any way waiving her right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an

**EXHIBIT**

Mot. in Limine 2

admission by Plaintiff regarding any matter. Each and every disclosure set forth below is subject to the above qualifications and limitations.

1. <u>Individuals likely to have discoverable factual information that Plaintiff may use to support its defenses in the above-referenced lawsuit. Rule 26(a)(1)(A)(i)</u>

    (a) Barbara Jones -1329 Savannah Street, Washington, D.C. 20032  202-562-2179

    (b) April Jones - 3909 Pennsylvania Avenue, Washington, D.C.  202-581-3786

    (c) Anthony Kundera - 1001 Tanner Place S.E., Washington, D.C. 240-701-5265

2. <u>Description of Documents. Rule 26(a)(1)(A)(ii)</u>

    The following enumerates documents, data compilations, and other tangible things in the possession, control or custody of Plaintiff which Plaintiff may use to support her defenses:

    a. Documents identifying the investigations performed by mold experts, plumbers and home contractors and related information regarding their work.

    b. Documents describing the medical impact of mold on members of plaintiff's household.

3. <u>Computation of Damages. Rule 26(a)(1)(A)(iii)</u>

    Compensatory Damages. An exact computation of Plaintiff's damages has not been made at this time. However, it is Plaintiff's belief that the following are the damages suffered by the Plaintiff:
    (a) Past Medical Expenses -Will be supplemented
    (b) Future Medical Expenses - Will be supplemented
    (c) Non-Economic Damages—such as pain and suffering, mental anguish, emotional distress, loss of recreational activity, and loss of enjoyment of life - To be determined by the trier of fact
    (d) Past and future loss of household services - Will be supplemented

4. <u>Insurance. Rule 26(a)(1)(A)(iv)/</u>
    For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the

action or to indemnify or reimburse for payments made to satisfy the judgment. Plaintiff is continuing to investigate potential insurance coverage claims related to Defendant.

Respectfully submitted,

July 21. 2020

<u>/s/Pamela McLean, Esq.</u>

McLean Legal Group

Bar No. 497891

1629 K Street, NW Suite 300

Washington, D.C. 20006

202-204-2234(O)  703-488-0852(C)

*contact@mcleanlegalgroup.com*