# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIFFANI JONES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO..: 1:20-cv-000453 CKK |
| | ) |
| NVR, INC. t/a RYAN HOMES | ) |
| | ) |
| Defendant. | ) |

<u>Proponent's Rule 26(a)(2)(B) Disclosure</u>

Plaintiff Tiffani Jones, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(2)(B), respectfully states that she does not have any designated expert witnesses to date.
.

**EXHIBIT**

Mot. in Limine 5

Respectfully Submitted,

September 29, 2020                                     <u>/s/Pamela McLean</u>, Esq.
                                                                     McLean Legal Group (Bar No. 497891)
                                                                     1629 K Street, NW Suite 300
                                                                     Washington, D.C. 20006

202-204-2234(O) 703-488-0852(C)

contact@mcleanlegalgroup.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2020, a true and correct copy of the foregoing Proponent's Rule 26(a)(2)(B) Disclosure was electronically filed using CM/ECF causing service via electronic mail upon those signed up for electronic service.

/s/Pamela McLean