# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIFFANI JONES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO..: 1:20-cv-000453 CKK |
| ) | |
| NVR, INC. t/a RYAN HOMES ) | |
| ) | |
| Defendant. ) | |

<u>Proponent's Rule 26(a)(2)(C) Disclosure</u>

Plaintiff Tiffani Jones, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(2)(C), respectfully submits this disclosure of plaintiff's lay witnesses:

.

(a) Barbara Jones - 1329 Savannah Street, Washington, D.C. 20032  202-562-2179

Mrs. Jones will testify regarding her personal observations of the plumbing issues in the subject property. She will provide testimony regarding the leaks in the plumbing and the presence of toxic mold throughout the home.

(b) April Jones - 3909 Pennsylvania Avenue, Washington, D.C.  202-581-3786

Mrs. Jones will testify regarding her personal observations of the plumbing issues in the subject property. She will provide testimony regarding the leaks in the plumbing and the presence of toxic mold throughout the home.

(c) Anthony Kundera - 1001 Tanner Place S.E., Washington, D.C. 240-701-5265

Mr. Kundera will testify regarding her personal observations of the plumbing issues in the

**EXHIBIT**
Mot. in Limine 6

subject property. She will provide testimony regarding the leaks in the plumbing and the presence of toxic mold throughout the home and the subsequent detrimental impact on his health.

\

Respectfully Submitted,

September 29, 2020 /s/Pamela McLean, Esq.

McLean Legal Group (Bar No. 497891)

1629 K Street, NW Suite 300

 Washington, D.C. 20006

202-204-2234(O) 703-488-0852(C)

contact@mcleanlegalgroup.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2020, a true and correct copy of the foregoing Proponent's Rule 26(a)(2)(C) Disclosure was electronically filed using CM/ECF causing service via electronic mail upon those signed up for electronic service.

/s/Pamela McLean