```
1            UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3    -------------------------------x

4    TIFFANI JONES,                  :

5              Plaintiff,       :      Case No.

6         v.                    : 1:20-cv-000453 CKK

7    NVR, INC., t/a RYAN HOMES,      :

8              Defendant.       :

9    -------------------------------x

10

11            Deposition of TIFFANI JONES

12               Conducted Virtually

13            Tuesday, February 2, 2020

14                 10:01 a.m.

15

16

17

18   Job No.:  349918

19   Pages 1 -  92

20   Reported by:  Alda Mandell, RPR, CRR

21

22
```

**EXHIBIT**

**Mot. in Limine 7**

Transcript of Tiffani Jones
Conducted on February 2, 2021                          2

1        Deposition of TIFFANI JONES, conducted

2   virtually.

3

4        Pursuant to Notice, before Alda Mandell,

5   Registered Professional Reporter and Notary Public

6   of the State of Maryland.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of Tiffani Jones
Conducted on February 2, 2021                    3

```
1              A P P E A R A N C E S

2

3    ON BEHALF OF PLAINTIFF:

4         PAMELA A. McLEAN, ESQUIRE

5         McLEAN LEGAL GROUP

6         1629 K Street, N.W.

7         Suite 300

8         Washington, D.C.  20006

9         (703)488-0852

10        (202)204-2234

11

12   ON BEHALF OF DEFENDANT:

13        JEFFREY M. MERVIS, ESQUIRE

14        THE MERVIS LAW FIRM

15        12505 Park Potomac Avenue

16        Sixth Floor

17        Potomac, MD   20854

18        (301)762-0020

19

20   ALSO PRESENT:  THEO GREEN - Technician

21

22
```

Transcript of Tiffani Jones
Conducted on February 2, 2021                              4

```
 1                 C O N T E N T S

 2   EXAMINATION OF TIFFANI GREEN              PAGE

 3        By Mr. Mervis                          5

 4

 5                 E X H I B I T S

 6            (Attached to the Transcript)

 7   T. JONES DEPOSITION EXHIBITS              PAGE

 8    Exhibit 1   NVR000001-19                  15

 9    Exhibit 2   NVR000178-238                 19

10    Exhibit 3   Jones - 0000000378            29

11    Exhibit 4   Jones - 0000000379            30

12    Exhibit 5   Jones - 0000000380            34

13    Exhibit 6   Photograph                    47

14    Exhibit 7   Photograph                    49

15    Exhibit 8   Photograph                    53

16    Exhibit 9   NVR000447                      62

17    Exhibit 10  NVR000448                      65

18    Exhibit 11  Photograph                     66

19    Exhibit 12  Photograph                     67

20    Exhibit 13  Photograph                     85

21

22
```

Transcript of Tiffani Jones
Conducted on February 2, 2021                    21

1    something about something being given to you.

2        A    I say I don't recall it being given to me

3    when I signed the contract.  I can't -- I can't

4    remember that.

5        Q    I forgot to ask you -- I apologize -- with

6    respect to your education.  Do you have any

7    education, formal training in construction methods

8    or means?

9        A    No formal education.

10       Q    Did you have any informal education or

11   experience or training?

12       A    No.

13       Q    And what educational level is your

14   husband?

15       A    Um, he's done some college.

16       Q    Does he have a degree, do you know?

17       A    No, he doesn't.

18       Q    Do you know what his classes were in?

19       A    No.

20       Q    Do you know if he has any formal education

21   in construction methods or means?

22       A    No, he doesn't.  Not that I know of.

Transcript of Tiffani Jones
Conducted on February 2, 2021                    22

1       Q    Does he have any training or experience in

2   construction?

3       A    No, not to my knowledge.

4       Q    And do either you or your husband have any

5   formal training in environmental testing?

6       A    No.

7       Q    Do you have any training or experience in

8   environmental testing?

9       A    No, we do not.

10      Q    You settled on the purchase of the house

11  on Tanner Street on October 18, 2016, correct?

12      A    Correct.

13      Q    And you moved in to the house on

14  November 3rd, 2016?

15      A    Correct.

16      Q    Why did you -- why was there a gap between

17  the settlement date and the move-in date?

18      A    Because naturally we had to get everything

19  together and, you know, decide we were going to

20  move.  We just couldn't move instantly.  Plus I was

21  -- I had just like had a baby so it just wasn't a

22  good time.  I was pregnant, I had a baby, I think,

Transcript of Tiffani Jones
Conducted on February 2, 2021                    79

1        Q    And did the medication resolve her

2    problems at that time?

3        A    I believe temporarily.

4        Q    When did they come back?

5        A    I'm not sure.  You know, I just kind of

6    thought it was something else, to be quite honest.

7        Q    So in October 2019 when you said mold was

8    discovered --

9        A    Yes.

10       Q    -- what testing was done to Karter?

11       A    You said when the mold was discovered,

12   what testing was done?

13       Q    Yes.

14       A    No testing was done.  She went to her --

15   her physician and we went to, you know, get a

16   checkup and that's what happened there.

17       Q    That's for Riley?

18       A    That's for both of them.  I took all of

19   them at the same time.

20       Q    Okay.  So -- and that includes Michael.

21       A    Yes.

22       Q    So Michael was how old in October of 2019?

Transcript of Tiffani Jones
Conducted on February 2, 2021                    80

1        A    Michael was about eight months.

2        Q    What symptoms did Michael experience --

3   exhibit?

4        A    Well, he was premature, he had

5   laryngomalacia, which is a breathing issue.  He had

6   some issues with his eyes.

7             Are you talking about overall from the

8   mold what --

9        Q    Yes.

10       A    -- he experienced?

11       Q    I want to know what symptoms he

12  experienced from the mold.

13       A    Uh-huh.  Developmental delays.  And

14  anything else that I didn't mention should be in the

15  medical report.

16       Q    Okay.  And in October 2019 for all your

17  children I think you said there was no testing done

18  to determine -- strike that.

19            Was there any testing done to any of your

20  children in October 2019?

21       A    No testing.

22       Q    Why not?

Transcript of Tiffani Jones
Conducted on February 2, 2021                    81

1        A     Because the testing would require getting

2   an allergy -- because my doctor said there was no

3   testing for mold, first of all, to determine.  There

4   would only be an allergy test that they can do to

5   see if my children are allergic to anything and I

6   would have had to pay out of pocket for that.

7              And at that particular time I wasn't able

8   to pay out of pocket for it.  And when I was,

9   shortly after the pandemic hit and just kind of

10  haven't been tested.  But I did get a referral now

11  that I have Medicaid and they'll be able to help me

12  get the allergy testing done.  So I actually got a

13  referral for allergy testing, recently.

14       Q     In October 2019, though, no referral was

15  made?

16       A     Yeah, it was -- a referral was made.

17       Q     Okay.

18       A     A referral was made.

19       Q     And you say you just recently got another

20  referral?

21       A     Yes, I got a referral now that I have

22  Medicaid because they'll pay for the testing.

Transcript of Tiffani Jones
Conducted on February 2, 2021                    82

1      Q    And who gave you that referral?

2      A    The doctors at Children's Hospital.  The

3  same doctor's office that, you know, they went to in

4  October.

5      Q    Did you pay out of pocket for the --

6  strike that.

7           So the only time --

8      A    The doctors visits?  Yeah, those were not

9  from insurance, those doctors visits, in October of

10  '19.  That was out-of-pocket expense.

11           For everyone except Michael.  For everyone

12  except Michael, now that I think about it, because

13  Michael's -- the insurance had lapsed and Michael's

14  had carried over, because when he was born I had

15  insurance and his was his own individual one and it

16  carried out a little bit further.  So Michael's was

17  the only appointment that was not out of pocket.

18      Q    The October 2019 appointment?

19      A    Correct.

20      Q    And you paid out of pocket for Karter and

21  Riley's appointment?

22      A    Yes.

Transcript of Tiffani Jones
Conducted on February 2, 2021                              83

1      Q    And to be clear, that October 2019

2    appointment was the only appointment any of them had

3    related to a doctor visit for mold, right?

4      A    Well, Riley had one recently in January.

5      Q    What doctor did she go to in January?

6      A    Same one.

7      Q    Was that a well visit or was that for

8    something specific?

9      A    That was -- that was for her -- it was a

10   wellness visit.  It was a physical checkup.  But I

11   also -- that's where I requested the referral and

12   another referral for her allergy testing, because

13   now obviously our insurance is good to go so now I'm

14   trying to move forward getting her allergy tested.

15          So Riley was there last month for a

16   physical and I mentioned getting a referral for the

17   mold based on what happened in October.  Another

18   one.

19     Q    And Karter did not go to the doctor at

20   that point?

21     A    No.

22     Q    And Michael did not go to the doctor at

Transcript of Tiffani Jones
Conducted on February 2, 2021                              85

1        A    Yes.  They were over-the-counter.  We got

2    those for them.

3        Q    And they took it for the 30 days they were

4    prescribed?

5        A    Yes.

6        Q    Did they take it for longer than the 30

7    days?

8        A    No.

9             MR. MERVIS:  Mr. Green, will you mark the

10   document "vehicles?"  That's probably the only one

11   that hasn't been marked.

12       Q    Miss Jones, what kind of vehicle do you

13   drive?

14       A    I have two.

15            (Exhibit 13 was marked for identification

16   and is attached to the transcript.)?

17       Q    Are these -- so it's -- on screen now is

18   --

19       A    Yeah.

20       Q    -- Jones 13.

21       A    Correct.

22       Q    Are those your two vehicles?

Transcript of Tiffani Jones
Conducted on February 2, 2021                    86

```
1          A     Yes.

2          Q     And the one on the left is a Chevy Tahoe?

3          A     Yes, that's correct.

4          Q     What year is that?

5          A     That's a 2015.

6          Q     That's a 2015?

7          A     Correct.

8                MS. McLEAN:  I'm just going to object for

9    relevance.

10         Q     And the vehicle on the right is a Cadillac

11   Escalade?

12         A     That's correct.

13         Q     What year is that?

14         A     '18.

15         Q     Do you own or lease those vehicles?

16         A     Oh, I don't own them.

17         Q     Who owns them?

18         A     They're financed.

19         Q     Meaning you bought them with a loan or

20   you're leasing them?

21         A     Yeah, bought them with a loan.

22         Q     How much was the 2018 Cadillac Escalade?
```

Transcript of Tiffani Jones
Conducted on February 2, 2021                    87

```
1   What was the purchase price?

2       A    The purchase price was about 90 something

3   thousand.

4       Q    How much do you owe on that car?

5       A    Probably about 50.

6       Q    What's your monthly payment?

7            MS. McLEAN:  Objection, relevance.

8            MR. MERVIS:  You can answer.

9       A    Oh, okay.  My monthly payment for the

10  Cadillac is like 1300.

11      Q    Do you owe any money still on the Tahoe?

12      A    Yes.

13      Q    How much?

14      A    I believe like 20,000.

15      Q    What's your monthly payment on that?

16      A    400.

17      Q    When you applied for Medicaid, did you

18  disclose that you owe this much money and are making

19  these payments?

20      A    Well, I -- yeah, why wouldn't I?  Did I

21  disclose that I was making payments?  They don't ask

22  you to disclose that.
```

Transcript of Tiffani Jones
Conducted on February 2, 2021                    88

1          And then this was essentially -- I'm not

2     able to make payments on it actually right now.  I

3     haven't made anything because my income hasn't

4     allowed.

5          Q    How much was the allergy testing that you

6     couldn't afford?

7          A    It was a few hundred dollars.

8          Q    Few hundred?

9          A    Yeah.  But times three.

10         Q    So it's a few hundred meaning like 300?

11         A    I would say 2 to 300.  This was like a

12    year and a half ago so I'm not -- I don't remember

13    the price exactly.  But it was a few hundred dollars

14    and it would have been times three children.

15         Q    But less than a monthly payment on the

16    Cadillac all together.

17         A    Right.  Right.

18         Q    Did Anthony Kundera pay anything for the

19    children's medical examinations in October?

20         A    Yeah.  That was both of us together.

21         Q    And how much did he pay?

22         A    I don't know.  We paid them together.  We

Transcript of Tiffani Jones
Conducted on February 2, 2021                    92

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2        I, Alda Mandell, Registered Professional

3    Reporter, the officer before whom the foregoing

4    proceedings were taken, do hereby certify that the

5    foregoing transcript is a true and correct record of

6    the proceedings; that said proceedings were taken by

7    me stenographically and thereafter reduced to

8    typewriting under my supervision; that reading and

9    signing was not waived; and that I am neither

10   counsel for, related to, nor employed by any of the

11   parties to this case and have no interest, financial

12   or otherwise, in its outcome.

13       IN WITNESS WHEREOF, I have hereunto set my hand

14   and affixed my notarial seal this 5th day of

15   February 2021.

16   My commission expires:

17   April 23, 2022

18

19   _Alda Mandell_

20   _____

21   NOTARY PUBLIC IN AND FOR THE

22   STATE OF MARYLAND

